UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

WENDY LEE DARNELL

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:07-CR-239     (GHL)

_Eric Swartz, Esq. (CJA)_
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

_XX_ guilty __ nolo contendere] as to count(s) _1 as amended on the record_

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly Conduct, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 240.20 of the New York State Penal Law.

**DATE OFFENSE CONCLUDED: April 28, 2007**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $150.00 and special assessment of $5.00. Total amount of the fine and special assessment amounts to $155.00, payable no later than January 12, 2008. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** original count one of the Information is dismissed on motion of the Goverment.

_December 12, 2007_
Date of Imposition of Sentence

_December 18, 2007_
DATE SIGNED

GEORGE H. LOWE
U.S. Magistrate Judge